No. 99–5482. ERNEST v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5483. EDWARDS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–5484. GALBREATH v. WEAR ET AL. Sup. Ct. Ala. Certiorari denied.

No. 99–5485. GOMEZ, AKA IZQUIERDO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5486. DOKE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5487. HAWKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5488. GRAHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5491. HUCKS v. UNITED STATES;
No. 99–5586. MARTINEZ v. UNITED STATES;
No. 99–5664. GOMEZ v. UNITED STATES; and
No. 99–5724. AGUDELO v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 178 F. 3d 1286.

No. 99–5492. EASTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5493. LONG v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5494. KASCHENBACH v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 99–5495. MILLER v. WALTER, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5496. LATHAN v. STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5497. ADKISM ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.